

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

### PD-0239-22

### ANDREW SHIRLEY, JR., Appellant

#### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE NINTH COURT OF APPEALS
### HARRIS COUNTY

*Per curiam.*

## O R D E R

The Court grants Appellant's Petition for Discretionary Review and grants discretionary review on its own motion of the following question:

Did the Texas Disaster Act, Texas Government Code §418.016(a),

authorize the governor to suspend Texas Transportation Code

§§502.407 & 502.473?

The Clerk of this Court will send copies of this order to the Court of Appeals for the Ninth District, the State Prosecuting Attorney, the District Attorney for Harris County, and Appellant.

DATE ENTERED: September 28, 2022
DO NOT PUBLISH